IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK ELECTRIC, INC., a Utah corporation, BEN M. HANSEN, individually; TERI HANSEN, individually; MATTHEW I. BARLOW, individually; LISA BARLOW, individually; and DOES I through X, ROE CORPORATIONS I through X,<br><br>Defendants. | MEMORANDUM DECISION & ORDER<br><br>Case No. 2:12-cv-00289<br><br>United States District Court Judge Tena Campbell<br><br>Magistrate Judge Dustin Pead |

Based on the Court's May 1, 2013, Memorandum Decision (Dkt. No. 33), Attorney Virginia Sudbury (Counsel) has filed her currently pending Motion To Withdraw as attorney for Defendant Teri Hansen (Defendant) pursuant to Local District Court of Utah Civil Rule 83-1.4 (Dkt. No. 35). In addition to the motion to withdraw, Counsel has filed a copy of Defendant's consent (Dkt. No. 36). *See* DUCivR 83-1.4(b)(1) ("Where the withdrawing attorney has obtained the written consent of the client, such consent must be submitted with the motion.").

Accordingly, upon consideration and finding good reason therefore, the Court hereby **GRANTS** Counsel's Motion To Withdraw.

In doing so, the Court hereby **ORDERS:**

1. Defendant or new counsel for Defendant must file a Notice of Appearance within twenty-one (21) days after the entry of this Order, unless otherwise ordered by the Court.

Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear *pro se,* but must be represented by an attorney who is admitted to practice in this Court.

    2. Any party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, may be subject to sanctions pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

    3. With regard to scheduling, the Court ORDERS that this action be stayed until twenty one (21) days after entry of this Order.

    4. The Court shall cause this Order to be sent to Defendant at the address set forth below:

    Teri Hansen  
    83 West Bamberger Way  
    Centerville, Utah   84014  
    terri_hansen@q.com

DATED this 17th day of June, 2013.

_____  
Dustin Pead  
U.S. Magistrate Judge